```
 1
 2
 3
 4
 5
                          UNITED STATES DISTRICT COURT
 6                              DISTRICT OF NEVADA
 7
 8                                          )   Case #3:18-cv-00366-HDM-WGC
                                            )
 9   GEOLOLGIC ASSOCIATES, INC.,            )   ORDER GRANTING
                                            )   VERIFIED PETITION FOR
10              Plaintiff(s),               )   PERMISSION TO PRACTICE
                                            )   IN THIS CASE ONLY BY
11         vs.                              )   ATTORNEY NOT ADMITTED
                                            )   TO THE BAR OF THIS COURT
12   NATIONAL OILWELL VARCO, L.P.,          )   AND DESIGNATION OF
     DOES I-X, and ROE CORPORATIONS I-      )   LOCAL COUNSEL
13   X,                                     )
                                            )
14              Defendant(s).               )   FILING FEE IS $250.00
                                            )
15
16        ____Christopher A. Verducci____, Petitioner, respectfully represents to the Court:
                 (name of petitioner)
17
          1.    That Petitioner is an attorney at law and a member of the law firm of
18
                              LOCKE LORD LLP
19        _____
                                   (firm name)
20   with offices at _____600 Travis Street, Suite 2800_____,
                                       (street address)
21
          _____Houston_____ , _____Texas_____ , ____77002____ ,
22              (city)                     (state)              (zip code)

23        _____713-226-1548_____ , ____cverducci@lockelord.com____ .
          (area code + telephone number)         (Email address)
24
          2.    That Petitioner has been retained personally or as a member of the law firm by
25
          ____National Oilwell Varco, L.P.____ to provide legal representation in connection with
26                    [client(s)]

27   the above-entitled case now pending before this Court.

28                                                                              Rev. 5/16
```

3. That since _____11/04/2005_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____Texas_____
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Southern District of Texas | February 6, 2014 | 24051470 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar of Texas; Houston Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Texas_____ )
COUNTY OF _____Harris_____ )

___Christopher A. Verducci___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_10th_ day of _August_, _2018_

ROSE M ELLIS
NOTARY PUBLIC STATE OF TEXAS
MY COMM. EXP. 10/16/2020
NOTARY ID 290389-8

_____
Notary Public or Clerk of Court

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___R. Shawn Oliphant___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____327 California Avenue_____,
(street address)

___Reno___, ___Nevada___, ___89509___,
(city)  (state)  (zip code)

___775-284-8888___, ___soliphant@renonvlaw.com___.
(area code + telephone number)  (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) ___R. Shawn Oliphant___ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Cormac Creaven Associate General Counsel
(type or print party name, title) National Collegiate Athletic Assoc.

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

6441                    soliphant@renonvlaw.com
Bar number              Email address

APPROVED:

Dated: this 13th day of September, 20 18.

_Howard D McKibben_
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**EXHIBIT TO VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

Exhibit A: Certificate of Good Standing

# EXHIBIT A

EXHIBIT A

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

August 13, 2018

Re: Mr. Christopher Andrew Verducci, State Bar Number 24051470

To Whom It May Concern:

This is to certify that Mr. Christopher Andrew Verducci was licensed to practice law in Texas on November 04, 2005, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

*[signature]*

Linda A. Acevedo
Chief Disciplinary Counsel
LA/web

