FRANK C. GILMORE, ESQ.
State Bar No. 10052
ROBISON, SHARP, SULLIVAN & BRUST
71 Washington Street
Reno, Nevada 89503
Telephone (775) 329-3151
Email: fgilmore@rssblaw.com

*Attorney for Plaintiff/Counterdefendant
GEOLOGIC ASSOCIATES, INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GEOLOGIC ASSOCIATES, INC., a California corporation, | CASE NO.: 3:18-cv-00366-HDM-WGC |
| Plaintiff/Counterdefendant, | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| NATIONAL OILWELL VARCO, L.P., a Delaware Limited Partnership; DOES I-X and ROE CORPORATIONS I-X, | |
| Defendants/Counterclaimants. | |

Plaintiff/Counterdefendant GEOLOGIC ASSOCIATES, INC., through undersigned counsel, and Defendant/Counterclaimant NATIONAL OILWELL VARCO, L.P., through undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-entitled action may be, and hereby is, dismissed with prejudice. Each party hereto waives the allowance of any costs whatsoever, and agrees that judgment may be entered dismissing said cause with prejudice, and without

the allowance of any costs or attorney's fees to either party.

DATED this 16th day of April, 2019.

ROBISON, SHARP, SULLIVAN & BRUST
71 Washington Street
Reno, Nevada 89503

By: /s/ Frank C. Gilmore
    FRANK C. GILMORE, ESQ.
    THERESE M. SHANKS, ESQ.
    Attorneys for Plaintiff/Counterdefendant


FAHRENDORF, VILORIA, OLIPHANT & OSTER L.L.P


By: /s/ Shawn Oliphant


R. Shawn Oliphant, Esq.
P. O. Box 62
Reno, NV  89504

and

Christopher A. Verducci
Christian Perez
Locke Lord LLP
600 Travis Street, Suite 2800
Houston, TX  77002
*Attorneys for Defendant/Counterclaimant*

## ORDER

Pursuant to the foregoing stipulation, this action is hereby dismissed with prejudice, with each party to bear its own fees and costs.

**IT IS SO ORDERED**.

DATE: April 17, 2019

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE